# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**RONALD MARION CARPENTER, JR.,**
                    **Plaintiff,**

        **v.**                                    **Case No.  12-MC-00066**

**STATE OF WISCONSIN,**
                    **Defendant.**

---

## <u>ORDER</u>

Pro se plaintiff Ronald Carpenter moves to stay and hold in abeyance his petition for a writ of habeas corpus under 28 U.S.C. § 2254. Plaintiff seeks additional time to exhaust in state court issues that his appellate attorney failed to raise. However, I cannot grant this motion because plaintiff has not yet filed a petition with this court. Thus, there is no petition to stay.

**THEREFORE, IT IS ORDERED** that the motion to stay plaintiff's petition for a writ of habeas corpus is **DENIED**.

Dated at Milwaukee, Wisconsin, this 22nd day of October 2012.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge