# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RONALD MARION CARPENTER, JR.,**
       Plaintiff,

    v.                                             Case No. 12-MC-00066

**STATE OF WISCONSIN,**
       Defendant.

## ORDER

Pro se plaintiff Ronald Carpenter moves to stay and hold in abeyance his petition for a writ of habeas corpus under 28 U.S.C. § 2254. Plaintiff seeks additional time to exhaust in state court issues that his appellate attorney failed to raise. However, I cannot grant this motion because plaintiff has not yet filed a petition with this court. Thus, there is no petition to stay.

**THEREFORE, IT IS ORDERED** that the motion to stay plaintiff's petition for a writ of habeas corpus is **DENIED**.

Dated at Milwaukee, Wisconsin, this 22nd day of October 2012.

                                            s/ Lynn Adelman
                                            _____
                                            LYNN ADELMAN
                                            District Judge